UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| BRENDAN JOHN OSWEILER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 1:14-cv-01315-SEB-DML |
| WELLS FARGO ADVISORS, LLC, | ) | |
| Defendant. | ) | |

## Amended Order

The Court VACATES its entry dated November 20, 2014 [docket 17], that dismissed certain of the Plaintiff's claims with prejudice. The parties had earlier addressed at an initial pretrial conference with the magistrate judge on November 12, 2014, the Plaintiff's agreement that these claims should be dismissed but *without* prejudice.

The defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint [docket 10 and 16] is GRANTED IN PART AND DENIED IN PART. The Plaintiff's claims pursuant to Title VII of the Civil Rights Act of 1964, as amended, the Gramm-Leach Bliley Act, and the federal Privacy Act of 1974, as set forth in Plaintiff's Amended Employment Discrimination Complaint, are hereby DISMISSED WITHOUT PREJUDICE. The Plaintiff's amended complaint will therefore proceed as to his claims of discrimination and retaliation under the Americans with Disabilities Act.

IT IS SO ORDERED.

Date: 12/5/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system